# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HARRIS KREICHMAN, LORI KREICHMAN,** and **MICHAEL KREICHMAN,**
Appellants,

v.

**ENGINEERED AIR, LLC,** a Florida Limited Liability Company, **RIDGEWAY PLUMBING, INC.,** a Florida Corporation, **R Q BUILDING PRODUCTS, INC.,** a Florida Corporation, **THREE G ENTERPRISE, INC.,** a Florida Corporation, **BUILDER SERVICES GROUP, INC.,** a Florida Corporation d/b/a **GALE INSULATION, PROGRESSIVE PLASTERING, INC.,** a Florida Corporation, **LINDSTROM AIR CONDITIONING, INC.,** a Florida Corporation, **SANSONE, LLC,** a Florida Limited Liability Company, **E.R.L. SERVICES, INC.,** a Florida Corporation, **PREFERRED AIR CONDITIONING & MECHANICAL, INC.,** a Florida Limited Liability Company, **ACTION ROOFING SERVICES, INC., ITALIAN TERRAZZO AND TILE CO. OF BREVARD, LLC,** a Florida Limited Liability Company, d/b/a **CLASSIC FLOORS FERRAZZANO,** and **COMPLETE INTERIOR SYSTEMS, INC.,** a Florida Corporation, **QUALITY MARBLE FLOORS, INC.,** a Florida Corporation, **TOLL BROS., INC.,** a Pennsylvania Corporation d/b/a **TOLL ARCHITECTURE, RICHARD & RICE CONSTRUCTION COMPANY, INC.,** a Florida Corporation, **TRAYLOR ELECTRIC COMPANY, INC.,** a Florida Corporation, and **CINEMA SOUND UNLIMITED, INC.,** a Florida Corporation, **EKA BUILDERS, INC.,** a Florida Corporation, **FLORIDA WATER GUARD, LLC,** a Florida Limited Liability Company, and **MATTHEW KREICHMAN,**
Appellees.

No. 4D21-943

[March 31, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. 17-5964 CACE (07).

Scott N. Gelfand of Scott N. Gelfand, P.A., Coral Springs, for appellants.

Carol M. Rooney of Butler Weihmuller Katz Craig LLP, Tampa, and Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee Action Roofing.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

*     *     *

**Not final until disposition of timely filed motion for rehearing.**